# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KELLY RAY HOLLIS, III**                                                          PLAINTIFF

v.                          No. 4:23-cv-731-DPM

**DEFENSE ADVANCED RESEARCH
PROJECTS AGENCY and AIR FORCE
RESEARCH LAB**                                                                 DEFENDANTS

## JUDGMENT

Hollis's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2024